Your Name: MARC OLIN LEVY
Address: 251 JACKSON ST., REDWOOD
Phone Number: 415-867-4091
Fax Number:
E-mail Address: marcolevy777@gmail.com
Pro Se Plaintiff

United States District Court
Northern District of California

**CV17 409**

MARC OLIN LEVY

Plaintiff(s),

vs.

VISTA HOLDINGS /
CASH NET USA

Defendant(s).

Case Number: *[leave blank]*

**COMPLAINT**

**DEMAND FOR JURY TRIAL**
Yes ☐  No ☒

1. **Parties in this Complaint**

   a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

   Name: MARC OLIN LEVY
   Address: 251 JACKSON ST., REDWOOD CITY, CA,
   Phone number: 415-867-4091

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE]

rev: 6/2013

1      b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is*
2  *a corporation, write the state where it is incorporated and the state where it has its main place of*
3  *business. Use more pages if you need to.*
4  **Defendant 1:**
5  Name: VISTA HOLDINGS / CLAJHNET USA
6  Address: 175 W. Jackson St.,
7  Chicago, Ill., 60600
8  **Defendant 2:**
9  Name:_____
10 Address:_____
11 _____
12 **Defendant 3:**
13 Name:_____
14 Address:_____
15 _____
16 **Defendant 4:**
17 Name:_____
18 Address:_____
19 _____
20     2. **Jurisdiction**
21     *Usually, only two types of cases can be filed in federal court: cases involving "federal*
22 *questions" and cases involving "diversity of citizenship." Check at least one box.*
23 ☐ My case belongs in federal court under <u>federal question jurisdiction</u> because it is
24 about federal law(s) or right(s).
25 *Which law(s) or right(s) are involved?* _____
26 _____
27 ☒ My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs
28 live in the same state as any of the defendants AND the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE]

*rev: 6/2013*

3. **Venue**

This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because __I LIVE IN REDWOOD CITY CA.__

4. **Intradistrict Assignment**

There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.

This lawsuit should be assigned to [*Select one: San Francisco/Oakland, San Jose, OR Eureka*] Division of this Court because __I LIVE IN REDWOOD CITY, CA.__

5. **Statement of Facts and Claims**

Write a short and simple description of the _facts_ of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE]

rev: 6/2013

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

MARC OLIN LEVY
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CASHNET USA
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MARC OLIN LEVY
   Street Address: ~~1822 S. HALE AVE.~~ 748 REDWOOD AVE., REDWOOD
   City and County: ~~MORGAN HILL   SANTA CLARA~~ CITY,
   State and Zip Code: ~~CA   95037~~ SAN MATEO CA. COUNTY 9406[?]
   Telephone Number: 415-867-4091
   E-mail Address: marcolevy777@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (12/15) Complaint for a Civil Case

Defendant No. 1
    Name    CASHNET USA
    Job or Title (if known)
    Street Address    175 W. JACKSON ST.,
    City and County    CHICAGO, ILL., 60600
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 2
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Pro Se 1 (12/15) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-17-16

Signature of Plaintiff

Printed Name of Plaintiff  MARC OLIN LEVY

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

8-6-2016

Complaint

U.S. Federal Court, N. California District

Marc Olin Levy versus Cashnet USA

Dear Court,

In 2015, I applied for a payday loan, a small loan with Cashnet USA. The amount of the loan was $800. They told me that after I received the $800 in my bank account I had to go to other banks to send some of the money to other people in other places and to other banks. It seemed a bit fishy, and not wanting to break the law, I did not do that and left the $800 in my Bank account.

A few days later I got a call from the internal affairs unit of Bank of America saying that they were investigating the transaction. I told them my story and they said they would look into it and continue to investigate Cashnet USA and the transaction, and that they were looking into them for fraud.

A few months later, I got a call from Cashnet USA, them pretending to be the "FBI" saying they were seeking to arrest me for the money they lent me.

Then, a few months later, they called me posing themselves to be the "IRS" saying I would be arrested if I didn't pay them back.

On the Internet, Cashnet USA has a terrible reputation with many people telling stories about how Cashnet USA ripped them off and commited fraud.

"A Prayer for Relief" I seek $10,000,000,000 @7% interest in cash damages from Cashnet USA, against CashnetUSA as Cashnet USA committed fraud against me, attempted to get me involved in a crime, and is basically running a criminal enterprise, committing fraud, posing as the FBI, the IRS, threatening me, and swindling many people.